IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In Re ACCREDO HEALTH, INC.
SECURITIES LITIGATION,

Civil Action No.: 03-2216-BP

**CLASS ACTION**

This Document Relates to:

ALL ACTIONS

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF TIMOTHY A. DELANGE AS COUNSEL FOR PLAINTIFF

The Motion of B. J. Wade Requesting Admission of Timothy A. DeLange *Pro Hac Vice* to represent Plaintiff Louisiana School Employees' Retirement System in this litigation was brought before this Court for consideration without a hearing. After reviewing the Motion and supporting papers, the Court finds that the same should be **GRANTED**.

Upon unopposed motion showing adequate cause, it is so **ORDERED** that Timothy A. DeLange is hereby admitted *pro hac vice* to represent Plaintiff Louisiana School Employees' Retirement System in the consolidated actions.

**ORDERED THIS THE** 11 **DAY OF** May , 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 2:03-CV-02216 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Martin D. Chitwood
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

Carol V. Gilden
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th St.
New York, NY 10016

Oni A. Holley
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

John H. Goselin
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave.
Ste. 202
Bala Cynwyd, PA 19004

Gregory M. Egleston
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Peter Q. Bassett
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Lauren S. Antonino
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

James E. Gauch
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Steven J. Brogan
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Ramzi Abadou
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Amy E Amy E. Ferguson
GLANKER BROWN
One Commerce Square
Seventeenth Floor
Memphis, TN 38103

Tor Gronborg
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Timotny A. DeLange
BERSTEINE LITOWITZ BERGER & GROSSMAN
12544 High Bluff Drive
Ste 150
San Diego, CA 92130

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Stanley M Chernau
CHERNAU, CHAFFIN & BURNSED
424 Church St
Ste 1750
Nashville, TN 37219

Karen M. Hanson
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Linda F Burnsed
CHERNAU, CHAFFIN & BURNSED
424 Church St
Ste 1750
Nashville, TN 37219

Ronald B. Hauben
ERNST & YOUNG
5 Times Square
New York, NY 10036--653

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Shpetim Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Mark C. Gardy
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

Javier Bleichmar
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

George E. Barrett
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Guri Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Heather Guilette Walser
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Marc A. Topaz
SCHIFFRIN & BARROWAY
3 Bala Plaza East
Ste. 400
Bala Cynwyd, PA 19004

David A. Thorpe
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Mark Solomon
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Trig R. Smith
LERACH COUGHLIN STOIA GELLER RUDMAN &
401 B St.
Ste. 1700
San Diego, CA 92101

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Kevin Hunter Sharp
PRESTON & SHARP, P.C.
216 19th Ave.,N.
Nashville, TN 37203

Saul C Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Samuel H. Rudman
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market St.
Ste. 2500
Philadelphia, PA 19103

Darren J Robbins
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Mary-Helen Perry
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Gregory M. Nespole
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Michael E. Moskovitz
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

Eitan Misulovin
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Timothy L. Miles
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Douglas M McKeige
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Erin P. McDaniel
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Mel E. Lifshitz
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

William S. Lerach
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Emily C. Komlossy
GOODKIND LABATON RUDOFF & SUCHAROW
3595 Sheidan St.
Ste. 206
Hollywood, FL 33021

Nancy Kaboolian
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

Douglas S. Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Dixie W. Ishee
WOOD CARLTON & ISHEE
1407 Union Ave.
Ste. 711
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT