IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D/C.

05 JUN -2 PM 2:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

In Re ACCREDO HEALTH, INC.
SECURITIES LITIGATION,

Civil Action No.:   03-2216-BP

**CLASS ACTION**

This Document Relates to:

ALL ACTIONS

**JOINT CASE MANAGEMENT STATEMENT
AND          RULE 16(b) SCHEDULING ORDER**

The parties to the above-entitled action jointly submit this Case Management Statement and [Proposed] Rule 16(b) Scheduling Order and request the Court to adopt it as the Case Management Order in this case.  The Joint Case Management Statement and [Proposed] Rule 16(b) Scheduling Order follows the template provided by this Court.

**DESCRIPTION OF THE CASE**

This is a shareholder class action brought on behalf of all persons and entities who purchased Accredo Health, Inc. ("Accredo" or the "Company") securities between June 16, 2002 and April 7, 2003 (the "Class Period"), and who were allegedly damaged thereby.  This action arises from Accredo's alleged failure to adequately reserve for the accounts receivable associated with the Company's acquisition of the Specialty Pharmacy Services division ("SPS") of Gentiva Health Services, Inc.  The claims against Accredo and defendants David D. Stevens and Joel R. Kimbrough arise under Sections 10(b) of the Securities and Exchange Act of 1934 ("Section

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05

- 1 -



10(b)") and Rule 10b-5 promulgated thereunder. Plaintiffs also allege claims against defendants Stevens and Kimbrough, as control persons, for violations of Section 20(a) of the Exchange Act. Defendants deny each of the allegations. By Order dated April 11, 2005, the Court denied defendants' Motion to Dismiss the Consolidated Complaint.

## JOINING PARTIES AND AMENDING PLEADINGS

The parties reserve the right to amend the pleadings and join additional parties as discovery proceeds in accordance with the Federal Rules of Civil Procedure and the Rules of this Court. The parties have discussed and agreed to the following deadline for amending the pleadings and joining additional parties: **December 31, 2005**.

## RULE 26(a)(1) DISCLOSURE DEADLINE

The parties have agreed to exchange written initial disclosures in compliance with Fed. R. Civ. P. 26(a)(1) by **June 15, 2005.**

## DISCOVERY

The parties have discussed and agreed upon the following discovery deadlines and litigation schedule:

| | |
|---|---|
| Written Initial Disclosures | June 15, 2005 |
| Motion for Class Certification | July 22, 2005 |
| Opposition to Motion for Class Certification | September 2, 2005 |
| Reply to Motion for Class Certification | October 3, 2005 |
| Disclosure of Experts | April 21, 2006 |

| Factual Discovery Closes | May 12, 2006 |
| --- | --- |
| Disclosure of Expert Reports | June 1, 2006 |
| Disclosure of Rebuttal Expert Reports | July 10, 2006 |
| Expert Discovery Closes | August 11, 2006 |

## DISPOSITIVE MOTIONS AND TRIAL

The parties have discussed and agreed that following the close of factual discovery, they will in good faith meet and confer and propose to the Court a reasonable schedule for the filing of pretrial motions, including motions for summary judgment.

Although discovery has not commenced and the issues have not been developed as of the submission of this scheduling order, the parties anticipate that trial will last 8-10 days. Each party reserves the right to modify this estimate after the issues have been more fully developed. The parties further agree to work diligently and in good faith to prepare for a trial in **February 2007.**

## OTHER RELEVANT MATTERS

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions. All motions with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying the parties' inability to resolve the dispute. The proposed joint pretrial order should include any stipulated

facts, contested issues of fact and or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

The parties shall submit proposed jury instructions to the Court at the pre-trial conference. Failure to present the proposed instructions may be deemed a waiver with regard to presentations at a later date.

**IT IS SO ORDERED** this ___/8___ day of ___June___, 2005.

**BERNICE B. DONALD**
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 132 in
case 2:03-CV-02216 was distributed by fax, mail, or direct printing on
June 6, 2005 to the parties listed.

---

Martin D. Chitwood
CHITWOOD  HARLEY HARNES LLP
1230 Peachtree St., N.E.
2300 Promenade II
Atlanta, GA 30309

Stanley M Chernau
CHERNAU, CHAFFIN & BURNSED
424 Church St
Ste 1750
Nashville, TN 37219

William S. Lerach
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

George E. Barrett
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave.
Ste. 202
Bala Cynwyd, PA 19004

Heather Guilette Walser
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Timothy L. Miles
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th St.
New York, NY 10016

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Ramzi Abadou
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Marc A. Topaz
SCHIFFRIN & BARROWAY
3 Bala Plaza East
Ste. 400
Bala Cynwyd, PA 19004

Douglas M McKeige
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Samuel H. Rudman
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

Darren J Robbins
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Trig R. Smith
LERACH COUGHLIN STOIA GELLER RUDMAN &
401 B St.
Ste. 1700
San Diego, CA 92101

Michael E. Moskovitz
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

Eitan Misulovin
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Emily C. Komlossy
GOODKIND LABATON RUDOFF & SUCHAROW
3595 Sheidan St.
Ste. 206
Hollywood, FL 33021

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Mel E. Lifshitz
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

David W. Mitchell
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B St
Ste 1600
San Diego, CA 92101

John H. Goselin
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Kevin Hunter Sharp
PRESTON & SHARP, P.C.
216 19th Ave.,N.
Nashville, TN 37203

Gregory M. Nespole
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Lauren S. Antonino
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

David A. Thorpe
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market St.
Ste. 2500
Philadelphia, PA 19103

Amy E Amy E. Ferguson
GLANKER BROWN
One Commerce Square
Seventeenth Floor
Memphis, TN 38103

Nancy Kaboolian
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

Carol V. Gilden
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

Ronald B. Hauben
ERNST & YOUNG
5 Times Square
New York, NY 10036--653

Gregory M. Egleston
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Shpetim Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Douglas S. Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Timotny A. DeLange
BERSTEINE LITOWITZ BERGER & GROSSMAN
12544 High Bluff Drive
Ste 150
San Diego, CA 92130

Mark Solomon
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

James E. Gauch
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Mary-Helen Perry
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Mark C. Gardy
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

Linda F Burnsed
CHERNAU, CHAFFIN & BURNSED
424 Church St
Ste 1750
Nashville, TN 37219

Saul C Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Steven J. Brogan
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Karen M. Hanson
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Dixie W. Ishee
WOOD CARLTON & ISHEE
1407 Union Ave.
Ste. 711
Memphis, TN 38103

Javier Bleichmar
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Guri Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oni A. Holley
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Tor Gronborg
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Erin P. McDaniel
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Peter Q. Bassett
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Honorable Bernice Donald
US DISTRICT COURT