Case 2:03-cv-02216-BBD-gbc   Document 133   Filed 06/02/05   Page 1 of 9    PageID 317

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

In Re ACCREDO HEALTH, INC.
SECURITIES LITIGATION,

Civil Action No.: 03-2216-BP

**CLASS ACTION**

This Document Relates to:

ALL ACTIONS

## JOINT MOTION FOR ENTRY OF THE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] RULE 16(b) SCHEDULING ORDER

**COME NOW** all Plaintiffs and Defendants, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and move the Court for an Order entering the Joint Case Management Statement and [Proposed] Rule 16(b) Scheduling Order.

In support of this Motion, the parties respectfully submit that they have agreed upon the Joint Case Management Statement and [Proposed] Rule 16(b) Scheduling Order. A Joint Case Management Statement and [Proposed] Rule 16(b) Scheduling Order is submitted with this Motion.

For the foregoing reasons, the parties jointly move the Court to enter the attached Joint Case Management Statement and [Proposed] Rule 16(b) Scheduling Order.

**MOTION GRANTED**
DATE: June 1, 2005

/s/ Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 133 in case 2:03-CV-02216 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Kevin Hunter Sharp
PRESTON & SHARP, P.C.
216 19th Ave.,N.
Nashville, TN 37203

Nancy Kaboolian
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

Mary-Helen Perry
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Mark Solomon
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Timothy L. Miles
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Steven J. Brogan
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

William S. Lerach
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Saul C Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Amy E Amy E. Ferguson
GLANKER BROWN
One Commerce Square
Seventeenth Floor
Memphis, TN 38103

Douglas M McKeige
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Gregory M. Egleston
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Trig R. Smith
LERACH COUGHLIN STOIA GELLER RUDMAN &
401 B St.
Ste. 1700
San Diego, CA 92101

Ramzi Abadou
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Dixie W. Ishee
WOOD CARLTON & ISHEE
1407 Union Ave.
Ste. 711
Memphis, TN 38103

Javier Bleichmar
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Gregory M. Nespole
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market St.
Ste. 2500
Philadelphia, PA 19103

Erin P. McDaniel
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Darren J Robbins
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Michael E. Moskovitz
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

David W. Mitchell
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B St
Ste 1600
San Diego, CA 92101

George E. Barrett
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Peter Q. Bassett
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Marc A. Topaz
SCHIFFRIN & BARROWAY
3 Bala Plaza East
Ste. 400
Bala Cynwyd, PA 19004

John H. Goselin
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Douglas S. Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Timotny A. DeLange
BERSTEINE LITOWITZ BERGER & GROSSMAN
12544 High Bluff Drive
Ste 150
San Diego, CA 92130

Oni A. Holley
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Samuel H. Rudman
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

Mel E. Lifshitz
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

David A. Thorpe
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Stanley M Chernau
CHERNAU, CHAFFIN & BURNSED
424 Church St
Ste 1750
Nashville, TN 37219

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Carol V. Gilden
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Guri Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Martin D. Chitwood
CHITWOOD HARLEY HARNES LLP
1230 Peachtree St., N.E.
2300 Promenade II
Atlanta, GA 30309

Ronald B. Hauben
ERNST & YOUNG
5 Times Square
New York, NY 10036--653

James E. Gauch
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eitan Misulovin
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Karen M. Hanson
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Mark C. Gardy
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

Linda F Burnsed
CHERNAU, CHAFFIN & BURNSED
424 Church St
Ste 1750
Nashville, TN 37219

Emily C. Komlossy
GOODKIND LABATON RUDOFF & SUCHAROW
3595 Sheidan St.
Ste. 206
Hollywood, FL 33021

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave.
Ste. 202
Bala Cynwyd, PA 19004

Shpetim Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th St.
New York, NY 10016

Tor Gronborg
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Lauren S. Antonino
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

Heather Guilette Walser
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

Honorable Bernice Donald
US DISTRICT COURT