IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In Re ACCREDO HEALTH, INC.<br>SECURITIES LITIGATION, | Civil Action No.: 03-2216-BP D<br>**CLASS ACTION** |
| This Document Relates to:<br><br>ALL ACTIONS | |

### ORDER RE: JOINT MOTION TO AMEND JOINT CASE MANAGEMENT STATEMENT, PERMIT ADDITIONAL DEPOSITIONS IN ACCORDANCE WITH FED. R. CIV. P. 30 AND RESET TRIAL DATE

Having considered the parties' Joint Motion to Amend the Joint Case Management Statement and Permit Additional Deposition in Accordance with Fed. R. Civ. P. 30, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The following discovery and pleading deadlines in the Joint Case Management Statement ("JCMS") shall be extended by 90 days. Accordingly, the new deadlines are as follows:

| Deadline for Amending the Pleadings and Joining Additional Parties | March 31, 2006 |
|---|---|
| Disclosure of Experts | July 20, 2006 |
| Factual Discovery Closes | August 10, 2006 |
| Disclosure of Expert Reports | August 30, 2006 |
| Disclosure of Rebuttal Expert Reports | October 9, 2006 |
| Expert Discovery Closes | November 9, 2006 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79

1

3. Lead Plaintiffs shall be entitled to take a total of 26 non-expert depositions without waiver of the right to request additional depositions in accordance with Fed. R. Civ. P. 30(a), and without waiver of Defendants' right to object to any deposition.

4. Defendants shall be entitled to take a total of 26 non-expert depositions without waiver of the right to request additional depositions in accordance with Fed. R. Civ. P. 30(a), and without waiver of Lead Plaintiffs' right to object to any deposition.

5. From the total of 26 non-expert depositions as provided for in ¶¶3 and 4 above, the parties each may notice up to 5 non-expert witnesses for a deposition lasting up to two consecutive 7-hour deposition days without seeking leave of the Court for additional time in accordance with Fed. R. Civ. P. 30(d)(2). This agreement is without waiver of either party's right to seek additional time in accordance with Fed. R. Civ. P. 30(d)(2).

6. In order for the Court to have sufficient time to consider pretrial motion, including summary judgment motions, the trial for this matter shall be reset for no earlier than May 1, 2007.

**IT IS SO ORDERED.**

DATED: 12/9/2005

THE HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 165 in case 2:03-CV-02216 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Saul C Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eitan Misulovin
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Timothy L. Miles
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Darren J Robbins
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway
Ste. 1900
San Diego, CA 92101

Guri Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Dixie W. Ishee
WOOD CARLTON & ISHEE
1407 Union Ave.
Ste. 711
Memphis, TN 38103

Mary-Helen Perry
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Ramzi Abadou
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Douglas M McKeige
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

Erin P. McDaniel
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway
Ste. 1900
San Diego, CA 92101

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Karen M. Hanson
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Carol V. Gilden
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

Mel E. Lifshitz
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Martin D. Chitwood
CHITWOOD HARLEY & HARNES LLP
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

Timotny A. DeLange
BERSTEINE LITOWITZ BERGER & GROSSMAN
12544 High Bluff Drive
Ste 150
San Diego, CA 92130

Tor Gronborg
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway
Ste. 1900
San Diego, CA 92101

James E. Gauch
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

John H. Goselin
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Douglas S. Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th St.
New York, NY 10016

Oni A. Holley
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market St.
Ste. 2500
Philadelphia, PA 19103

Mark C. Gardy
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

Gregory M. Egleston
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Lauren S. Antonino
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

Kevin Hunter Sharp
PRESTON & SHARP, P.C.
216 19th Ave.,N.
Nashville, TN 37203

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

William S. Lerach
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway
Ste. 1900
San Diego, CA 92101

Linda F Burnsed
CHERNAU, CHAFFIN & BURNSED
One American Center
3100 West End Ave
Ste 550
Nashville, TN 37203

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Gregory M. Nespole
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Michael E. Moskovitz
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606--161

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Shpetim Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

Trig R. Smith
LERACH COUGHLIN STOIA GELLER RUDMAN &
655 West Broadway
Suite 1900
San Diego, CA 92101

Peter Q. Bassett
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Steven J. Brogan
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

Stanley M Chernau
CHERNAU, CHAFFIN & BURNSED
One American Center
3100 West End Ave
Ste 550
Nashville, TN 37203

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave.
Ste. 202
Bala Cynwyd, PA 19004

Emily C. Komlossy
GOODKIND LABATON RUDOFF & SUCHAROW
3595 Sheidan St.
Ste. 206
Hollywood, FL 33021

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

David W. Mitchell
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 west Broadway
Suite 1900
San Diego, CA 92101

Ronald B. Hauben
ERNST & YOUNG
5 Times Square
New York, NY 10036--653

George E. Barrett
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Javier Bleichmar
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

David W. Mitchell
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B St
Ste 1600
San Diego, CA 92101

Amy E Amy E. Ferguson
GLANKER BROWN
One Commerce Square
Seventeenth Floor
Memphis, TN 38103

Mark Solomon
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway
Ste. 1900
San Diego, CA 92101

Nancy Kaboolian
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

Richard Nicholas Rodelli
BERNSTEIN LITOWITZ BERGER & GROSSMAN
12544 High Bluff Dr
Ste 150
San Diego, CA 92130

Samuel H. Rudman
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

Heather Guilette Walser
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001--211

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David A. Thorpe
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Marc A. Topaz
SCHIFFRIN & BARROWAY
3 Bala Plaza East
Ste. 400
Bala Cynwyd, PA 19004

Honorable Bernice Donald
US DISTRICT COURT