# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

In Re ACCREDO HEALTH, INC.
SECURITIES LITIGATION,

Case No.  03-2216 D P

CLASS ACTION

This Document Relates to:

ALL ACTIONS

## ORDER OF REFERENCE

Before the court is Lead Plaintiff's Motion for Class Certification filed by Debra Swiman,

Louisiana School Employees' Retirement System on July 22, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Report and

Recommendation.  Any exceptions to the Magistrate Judge's order shall be made by motion within

ten (10) days of the order.  Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this 27th day of February 2006.

s/Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**UNITED  STATES  DISTRICT  JUDGE**