IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| This Document Relates To: ALL ACTIONS | Civil Action No. 03-CV-2216-BBD<br><br>CLASS ACTION |

---

## DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF DR. SCOTT D. HAKALA

---

Defendants Accredo Health, Inc. ("Accredo"), David D. Stevens, and Joel R. Kimbrough (collectively, "Defendants"), respectfully file this Motion pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993) and move to exclude the expert reports and testimony of Plaintiffs' designated damages expert, Dr. Scott D. Hakala. As fully set forth in Defendants' Memorandum in Support of Their *Daubert* Motion to Exclude the Expert Opinions and Testimony of Dr. Scott D. Hakala, filed contemporaneously herewith, the Court should exclude all expert analysis, opinions and testimony provided by Dr. Hakala in this matter. Dr. Hakala's opinions are not relevant or reliable pursuant to Federal Rule of Evidence 702 and the standards of intellectual rigor required by *Daubert* and its progeny. Accordingly. Defendants request that this Court enter an Order striking the Expert Report of Scott D. Hakala, PH.D., CFA and the Rebuttal Report of Dr. Hakala (collectively, the "Reports") and precluding Dr. Hakala from providing any testimony, either in-person or by deposition, regarding the analysis and opinions embodied in the Reports.

- 2 -

Respectfully submitted this 8th day of September, 2008.

        s/ Douglas F. Halijan
        Jef Feibelman   (BPR # 7677)
        Douglas F. Halijan (BPR 16718)
        BURCH, PORTER & JOHNSON, PLLC
        130 North Court Avenue
        Memphis, TN  38103
        (901) 524-5000

        Peter Q. Bassett
        Kelly C. Wilcove
        Scott N. Sherman
        Mark D. Trainer
        ALSTON & BIRD LLP
        1201 West Peachtree Street
        Atlanta, GA  30309-3424
        (404) 881-7000

        Attorneys for Defendants Accredo Health, Inc.,
        David D. Stevens, and Joel R. Kimbrough

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded *via* the Court's electronic filing system, this 8th day of September, 2008 to:

Tor Gronborg
Mark Solomon
Trig R. Smith
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B Street, Suite 1700
San Diego, CA  92101

Timothy A. DeLange
Blair A. Nicholas
BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP
12544 High Bluff Drive, Suite 150
San Diego, CA  92130

B.J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street Building
Memphis, TN  38103

s/ Douglas F. Halijan