IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS ) | Civil Action No. 03-CV-2216-BBD<br><br>CLASS ACTION |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ANY TESTIMONY, REFERENCE TO, OR EVIDENCE REGARDING THE SHELF REGISTRATION AND THE POISON PILL

Defendants Accredo Health, Inc. ("Accredo"), David D. Stevens, and Joel R. Kimbrough (collectively, "Defendants"), respectfully move the Court for an Order in limine excluding from evidence at trial any testimony concerning, any reference to, and any records and documents regarding the Form S-3 shelf registration filed with the Securities and Exchange Commission on January 7, 2003 (as amended January 24, 2003), and the stockholder protection rights plan adopted by the Accredo board of directors on April 17, 2003 (the "Poison Pill"), on the grounds that the evidence is inadmissible under Rule 402 of the Federal Rules of Evidence because it is not relevant. Further, to the extent any such evidence may be deemed to be relevant, it is inadmissible under Rule 403 of the Federal Rules of Evidence because any probative value it may have is substantially outweighed by considerations of undue delay and waste of time. Defendants rely upon their memorandum contemporaneously filed herewith in support of this Motion.

- 2 -

**WHEREFORE**, Defendants respectfully request that the Court grant its Motion in Limine and exclude the above-referenced evidence and grant any and all further relief as the Court deems just and proper.

Respectfully submitted this 8th day of September, 2008.

<div style="margin-left: 3em;">
s/ Douglas F. Halijan
Jef Feibelman   (BPR # 7677)
Douglas F. Halijan (BPR 16718)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000

Peter Q. Bassett
Kelly C. Wilcove
Scott N. Sherman
Mark D. Trainer
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Attorneys for Defendants Accredo Health, Inc., David D. Stevens, and Joel R. Kimbrough.
</div>

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded *via* the Court's electronic filing system, this 8th day of September, 2008 to:

    Tor Gronborg
    Mark Solomon
    Trig R. Smith
    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
    401 B Street, Suite 1700
    San Diego, CA 92101

    Timothy A. DeLange
    Blair A. Nicholas
    BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP
    12544 High Bluff Drive, Suite 150
    San Diego, CA 92130

    B.J. Wade
    GLASSMAN EDWARDS WADE & WYATT, P.C.
    26 N. Second Street Building
    Memphis, TN 38103

                                           s/ Douglas J. Halijan