IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. ) <br> SECURITIES LITIGATION ) <br> ) <br> ──────────────────── ) <br> ) Civil Action No. 03-CV-2216-BBD <br> This Document Relates To: ) <br> ) <u>CLASS ACTION</u> <br> ALL ACTIONS ) | |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ANY TESTIMONY, REFERENCE TO, OR EVIDENCE REGARDING EXPRESS SCRIPTS, INC.

Defendants Accredo Health, Inc. ("Accredo"), David D. Stevens, and Joel R. Kimbrough (collectively, "Defendants"), respectfully move the Court for an Order in limine excluding from evidence at trial any testimony concerning or relying upon, any reference to, and any records and documents produced by third-party Express Scripts, Inc. ("ESI"), regarding the due diligence performed by ESI in connection with its potential acquisition of the SPS Division of Gentiva on the grounds that the evidence is inadmissible as irrelevant under Rule 402 of the Federal Rules of Evidence. Further, to the extent any such evidence may be deemed to be relevant, it is inadmissible under Rule 403 of the Federal Rules of Evidence because any probative value it may have is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the trier of fact, and/or by considerations of undue delay and waste of time. Defendants rely upon their memorandum contemporaneously filed herewith in support of this Motion.

**WHEREFORE**, Defendants respectfully request that the Court grant its Motion in Limine and exclude the above-referenced evidence and grant any and all further relief as the Court deems just and proper.

Respectfully submitted this 8th day of September, 2008.

    s/ Douglas F. Halijan
    Jef Feibelman  (BPR #7677)
    Douglas F. Halijan  (BPR # 16718)
    BURCH, PORTER & JOHNSON, PLLC
    130 North Court Avenue
    Memphis, TN  38103
    (901) 524-5000

    Peter Q. Bassett
    Kelly C. Wilcove
    Scott N. Sherman
    Mark D. Trainer
    ALSTON & BIRD LLP
    1201 West Peachtree Street
    Atlanta, GA  30309-3424
    (404) 881-7000

    Attorneys for Defendants Accredo Health, Inc.,
    David D. Stevens, and Joel R. Kimbrough.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded *via* the Court's electronic filing system, this 8th day of September, 2008 to:

Tor Gronborg
Mark Solomon
Trig R. Smith
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B Street, Suite 1700
San Diego, CA  92101

Timothy A. DeLange
Blair A. Nicholas
BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP
12544 High Bluff Drive, Suite 150
San Diego, CA  92130

B.J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street Building
Memphis, TN  38103

s/ Douglas F. Halijan