UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION | ) ) ) Civil Action No. 03-2216-BBD |
| This Document Relates To:<br><br>ALL ACTIONS. | ) <u>CLASS ACTION</u><br>)<br>) LEAD PLAINTIFFS' MOTION *IN LIMINE*<br>) #14 TO PRECLUDE DEFENDANTS FROM<br>) PRESENTING AT TRIAL THE<br>) BOILERPLATE DEFENSES CONTAINED<br>) IN THEIR ANSWER TO THE COMPLAINT |

Lead Plaintiffs, Louisiana School Employees' Retirement System and Debra Swiman (together, "Lead Plaintiffs") and the Class of investors who purchased Accredo stock between June 16, 2002 and April 7, 2003, respectfully ask the Court to prohibit Defendants from presenting, at trial, the boilerplate defense contained in their Answer to the Complaint, because Defendants have failed to support those defenses with any evidence.

The Defendants asserted numerous defenses in their Answer to the Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint"). *See* Defendants' Answer (Docket No. 127). The overwhelming majority are inapplicable boilerplate defenses. Indeed, to date Defendants have produced no evidence to support these defenses and raised none of these defenses in the parties' extensive summary judgment briefing. Accordingly, these defenses are deficient as a matter of law and defendants should therefore be precluded from presenting these defenses at trial. *See United States v. Gold Unlimited, Inc.*, 177 F.3d 472, 482 (6th Cir. 1999) (noting that defendant, "***as a matter of law***, failed to prove that it merited [an instruction on a defense]" because the evidence did not support the existence of the defense);[1] *United States v. Koami Kpomassie*, 323 F. Supp. 2d 894, 900 (W.D. Tenn. 2004) ("the ***defendant must first make a prima facie showing*** to the Court that facts exist to support the defense. Whether there is sufficient evidence to submit the defense to the jury is a question of law."); *Safeco Ins. Co. of Am. v. O'Hara Corp.*, Case No. 08-CV-10545, 2008 U.S. Dist. LEXIS 48399, at *2-*3 (W.D. Mich. June 25, 2008) (granting plaintiff's motion to strike defendant's inapplicable, boilerplate defenses, because "[b]oilerplate defenses clutter the docket and, further, create unnecessary work. . . . [T]he court is persuaded that they are boilerplate and not ***presently*** sustainable. . . . There is no analysis regarding the applicability of any of the . . . defenses to Plaintiff's complaint.") (emphasis in original); *Pucci v. Litwin,* No. 88 C

---

[1] All emphasis added and all internal quotations and citations omitted, unless otherwise noted.

- 2 -

10923, 1993 U.S. Dist. LEXIS 13902, at *9 (N.D. Ill. Oct. 4, 1993) (granting motion *in limine* to exclude evidence with respect to defenses found deficient as a matter of law).

Defendants assert some thirty defenses in their Answer to the Complaint, each of which alleges that the claims of the plaintiffs and members of the class are barred, in whole or in part. However, Defendants do not ***explain*** in their Answer the basis for any of the defenses and have presented neither evidence nor analysis in support of the overwhelming majority of them. Indeed, in their Motion for Summary Judgment, Defendants only challenge ***some*** of the elements of the section 10(b) claim (*i.e.*, scienter, materiality and loss causation) and assert a lack of "controlling person" liability under section 20(a) solely due to the purported failure of the section 10(b) claim. *See* Defendants' Memorandum in Support of Their Motion for Summary Judgment (Docket No. 363-2). Nowhere in their Summary Judgment pleadings do Defendants raise or argue ***any*** of the boilerplate defenses asserted in their Answer to the Complaint. Allowing Defendants to raise these inapplicable defenses would only serve to confuse and mislead the jury while unnecessarily consuming the valuable time of all involved. As such, Defendants should be precluded from now raising these defenses.

DATED: September 8, 2008

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
TOR GRONBORG
JONAH H. GOLDSTEIN
DAVID W. MITCHELL
TRIG R. SMITH
NATHAN W. BEAR

             s/ TOR GRONBORG
                TOR GRONBORG

        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)

        BERNSTEIN LITOWITZ BERGER &
          GROSSMANN LLP
        BLAIR A. NICHOLAS
        TIMOTHY A. DELANGE
        BRETT M. MIDDLETON
        MATTHEW P. JUBENVILLE
        12481 High Bluff Drive, Suite 300
        San Diego, CA  92130
        Telephone:  858/793-0070
        858/793-0323 (fax)

        Co-Lead Counsel for Plaintiffs

        GLASSMAN, EDWARDS, WADE
          & WYATT, P.C.
        B.J. WADE, #5182
        26 N. Second Street Building
        Memphis, TN  38103
        Telephone:  901/527-4673
        901/521-0940 (fax)

        Liaison Counsel

C:\Program Files\DocsCorp\pdfDocs PDF\users\MicheleH\Import\brf00053883 mil2.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2008.

s/ TOR GRONBORG
TOR GRONBORG

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: torg@csgrr.com

# Mailing Information for a Case 2:03-cv-02216-BBD-gbc

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com

- **Nathan W. Bear**
  NBear@csgrr.com,stremblay@csgrr.com

- **Saul C. Belz**
  sbelz@glankler.com,apospisil@glankler.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Linda F Burnsed**
  lburnsed@cbslawyers.net

- **Karen M. Campbell**
  kcampbell@appersoncrump.com

- **F. Guthrie Castle , Jr**
  fgc@castle-law.com

- **Stanley M. Chernau**
  s.chernau@chernau.com

- **Timothy A. DeLange**
  timothyd@blbglaw.com,brettm@blbglaw.com,samj@blbglaw.com,kristinas@blbglaw.com,matthe

- **Amy Ferguson Dudek**
  adudek@glankler.com,apospisil@glankler.com

- **Jef Feibelman**
  jfeibelman@bpjlaw.com,cbiscoe@bpjlaw.com

- **Tor Gronborg**
  torg@csgrr.com,e_file_sd@csgrr.com

- **Douglas F. Halijan**
  dhalijan@bpjlaw.com,mmarshall@bpjlaw.com

- **Dixie W. Ishee**
  woodcarltonishee@bellsouth.net

- **Matthew P. Jubenville**
  matthewj@blbglaw.com

- **Emily C. Komlossy**
  ekomlossy@faruqilaw.com

- **Quitman Robins Ledyard , II**
  bledyard@borodandkramer.com

- **Brett M. Middleton**
  brettm@blbglaw.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com

- **David W. Mitchell**
  davidm@csgrr.com

- **Blair N. Nicholas**
  blairn@blbglaw.com

- **Russell F.A. Riviere**
  russellr@blbglaw.com

- **Kevin Hunter Sharp**
  ksharp@dsattorneys.com

- **Scott N. Sherman**
  scott.sherman@alston.com

- **Gary K. Smith**
  gsmith@appersoncrump.com,clunsford@appersoncrump.com,kcampbell@appersoncrump.com

- **Trig R. Smith**
  trigs@csgrr.com

- **Mark D. Trainer**
  mark.trainer@alston.com

- **B. J. Wade**
  bwade@gewwlaw.com

- **Allison Wannamaker**
  wannamakera@thomasonlaw.com

- **Kelly C. Wilcove**
  kelly.wilcove@alston.com,valerie.nouman@alston.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ramzi Abadou**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Guri Ademi**
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

**Shpetim Ademi**
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

**Lauren S. Antonino**
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

**Peter Q. Bassett**
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309-3424

**Javier Bleichmar**
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

**Martin D. Chitwood**
CHITWOOD HARLEY & HARNES LLP
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

**Patricia A. Connell**
ERNST & YOUNG
5 Times Square
New York, NY 10036-6530

**Gregory M. Egleston**
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

**Nadeem Faruqi**
FARUQI & FARUQI, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017

**Mark C. Gardy**
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

**Carol V. Gilden**
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606-1615

**Karen M. Hanson**
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

**Ronald B. Hauben**
ERNST & YOUNG
5 Times Square
New York, NY 10036-6530

**Marc S. Henzel**
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave.
Ste. 202
Bala Cynwyd, PA 19004

**Fred Taylor Isquith**                                                              **, Esq**
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

**Douglas S. Johnston**
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201-1601

**Nancy Kaboolian**
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

**William S. Lerach**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Mel E. Lifshitz**
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

**Richard A. Lockridge**
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

**Douglas M McKeige**
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

**Eitan Misulovin**
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

**Michael E. Moskovitz**
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606-1615

**Gregory M. Nespole**                                                , Esq
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

**Darren J Robbins**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway
Ste. 1900
San Diego, CA 92101

**Robert M. Roseman**
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market St.
Ste. 2500
Philadelphia, PA 19103

**David A. Rosenfeld**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

**Samuel H. Rudman**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

**Mark Solomon**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Marc A. Topaz**
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087