UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION   _____   This Document Relates To:   ALL ACTIONS.   _____ | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 03-2216-BBD   <u>CLASS ACTION</u>   LEAD PLAINTIFFS' MOTION *IN LIMINE* #15 TO PERMIT LEAD PLAINTIFFS TO EXAMINE WITNESSES IDENTIFIED WITH DEFENDANTS BY LEADING QUESTIONS AND TO PRECLUDE DEFENDANTS FROM EXAMINING WITNESSES IDENTIFIED WITH THEM BY LEADING QUESTIONS DURING LEAD PLAINTIFFS' CASE-IN-CHIEF |

Lead Plaintiffs, Louisiana School Employees' Retirement System and Debra Swiman (together, "Lead Plaintiffs") and the Class of investors who purchased Accredo stock between June 16, 2002 and April 7, 2003, respectfully ask the Court to permit Lead Plaintiffs to examine witnesses identified with Defendants by leading questions, pursuant to Fed. R. Evid. 611(c), and likewise to preclude Defendants from examining those same witnesses by leading questions during Lead Plaintiffs' case-in-chief.

Lead Plaintiffs intend to call in their case-in-chief several witnesses who are either current or former employees or agents of Accredo. Lead Plaintiffs should be permitted to examine these witnesses with leading questions, pursuant to Federal Rule of Evidence 611(c). Along the same lines, Defendants should be precluded from asking leading questions of their own witnesses whom Lead Plaintiffs call during their case-in-chief.

Federal Rule of Evidence 611(c) provides that, "[w]hen a party calls a hostile witness, an adverse party, or ***a witness identified with an adverse party***, interrogation may be by leading questions."[1] The phrase "witness identified with an adverse party is intended to apply broadly to an identification ***based upon employment*** by the party ***or by virtue of a demonstrated connection*** to an opposing party." *United States v. McLaughlin*, No. 95-CR-113, 1998 U.S. Dist. LEXIS 18588, at *3 (E.D. Pa. Nov. 19, 1998).

Many of the witnesses Lead Plaintiffs may call are current or former employees of Accredo, who served in a variety of positions and in some cases reported directly to the individual defendants. Additionally, some of Lead Plaintiffs' intended witnesses served as the Ernst & Young auditors hired by Accredo before and during the Class Period. Because these witnesses are "identified with" adverse parties, Rule 611(c) permits plaintiffs to use leading questions to examine them. *See*

---

[1] All emphasis added and all internal quotations and citations omitted, unless otherwise noted.

- 1 -

*Chonich v. Wayne County Cmty. College*, 874 F.2d 359, 368 (6th Cir. 1989) (affirming district court, which allowed the defendant college's current and former employees to be examined with leading questions "as witnesses identified with an adverse party under F.R.E. 611(c)"); *Vanemmerik v. Ground Round*, No. 97-5923, 1998 U.S. LEXIS 11765, at *6 (E.D. Pa. July 16, 1998) ("[T]he identified with clause of Federal Rule of Evidence 611(c) has been generally interpreted to mean agents, friends, relatives or employees.").

All of the current and/or former employee witnesses, identified as witnesses by Lead Plaintiffs, have been represented by Defendants' counsel, Alston & Bird, at Defendants' (or their insurer's) expense, during their depositions and each of these former employee witnesses spent significant time with Defendants' counsel in preparation for their depositions. This is further evidence indicating their association with Defendants. *See McLaughlin*, 1998 U.S. Dist. LEXIS 18588, at *3 ("witness identified with an adverse party" is, in part, based upon a "demonstrated connection to an opposing party").

Because these witnesses are current or former employees of Defendants or Defendants' auditors, and because many have been represented in this matter by Defendants' legal counsel, they are undoubtedly "identified with" Defendants. Therefore, Lead Plaintiffs should be permitted to conduct their direct examination of such adverse witnesses with leading questions.

Additionally, and for the same reasons, Defendants should be precluded from examining witnesses "identified with" Defendants using leading questions. *See Woods v. Lecureux*, 110 F.3d 1215, 1221 (6th Cir. 1997) (noting that Rule 611(c) "ordinarily" permits examination with leading questions of an "adverse party" and a "witness identified with an adverse party," and quoting the Advisory Committee Notes to Rule 611(c) for the proposition that "[t]he purpose of the qualification "ordinarily" is to ***furnish a basis for denying the use of leading questions when the cross-examination is cross-examination in form only and not in fact*** . . . .") Because these witnesses are

current or former employees of Defendants or Defendants' auditors, and because many have been represented in this matter by Defendants' legal counsel, they are undoubtedly "identified with" Defendants.  Thus, Defendants should be precluded from examining current and/or former Accredo employees and Ernst & Young witnesses with leading questions.

DATED:  September 8, 2008

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
TOR GRONBORG
JONAH H. GOLDSTEIN
DAVID W. MITCHELL
TRIG R. SMITH
NATHAN W. BEAR


                    s/ TOR GRONBORG
                    TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
BRETT M. MIDDLETON
MATTHEW P. JUBENVILLE
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

Co-Lead Counsel for Plaintiffs

GLASSMAN, EDWARDS, WADE
  & WYATT, P.C.
B.J. WADE, #5182
26 N. Second Street Building
Memphis, TN  38103
Telephone:  901/527-4673
901/521-0940 (fax)

Liaison Counsel

C:\Program Files\DocsCorp\pdfDocs PDF\users\MicheleH\Import\brf00053886 mil3.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2008.

s/ TOR GRONBORG
TOR GRONBORG

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: torg@csgrr.com

# Mailing Information for a Case 2:03-cv-02216-BBD-gbc

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com

- **Nathan W. Bear**
  NBear@csgrr.com,stremblay@csgrr.com

- **Saul C. Belz**
  sbelz@glankler.com,apospisil@glankler.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Linda F Burnsed**
  lburnsed@cbslawyers.net

- **Karen M. Campbell**
  kcampbell@appersoncrump.com

- **F. Guthrie Castle , Jr**
  fgc@castle-law.com

- **Stanley M. Chernau**
  s.chernau@chernau.com

- **Timothy A. DeLange**
  timothyd@blbglaw.com,brettm@blbglaw.com,samj@blbglaw.com,kristinas@blbglaw.com,matthe

- **Amy Ferguson Dudek**
  adudek@glankler.com,apospisil@glankler.com

- **Jef Feibelman**
  jfeibelman@bpjlaw.com,cbiscoe@bpjlaw.com

- **Tor Gronborg**
  torg@csgrr.com,e_file_sd@csgrr.com

- **Douglas F. Halijan**
  dhalijan@bpjlaw.com,mmarshall@bpjlaw.com

- **Dixie W. Ishee**
  woodcarltonishee@bellsouth.net

- **Matthew P. Jubenville**
  matthewj@blbglaw.com

- **Emily C. Komlossy**
  ekomlossy@faruqilaw.com

- **Quitman Robins Ledyard , II**
  bledyard@borodandkramer.com

- **Brett M. Middleton**
  brettm@blbglaw.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com

- **David W. Mitchell**
  davidm@csgrr.com

- **Blair N. Nicholas**
  blairn@blbglaw.com

- **Russell F.A. Riviere**
  russellr@blbglaw.com

- **Kevin Hunter Sharp**
  ksharp@dsattorneys.com

- **Scott N. Sherman**
  scott.sherman@alston.com

- **Gary K. Smith**
  gsmith@appersoncrump.com,clunsford@appersoncrump.com,kcampbell@appersoncrump.com

- **Trig R. Smith**
  trigs@csgrr.com

- **Mark D. Trainer**
  mark.trainer@alston.com

- **B. J. Wade**
  bwade@gewwlaw.com

- **Allison Wannamaker**
  wannamakera@thomasonlaw.com

- **Kelly C. Wilcove**
  kelly.wilcove@alston.com,valerie.nouman@alston.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ramzi Abadou**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Guri Ademi**
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

**Shpetim Ademi**
ADEMI & O'REILLY, LLP
3620 East Layton Ave.
Cudahy, WI 53110

**Lauren S. Antonino**
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

**Peter Q. Bassett**
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309-3424

**Javier Bleichmar**
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

**Martin D. Chitwood**
CHITWOOD HARLEY & HARNES LLP
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

**Patricia A. Connell**
ERNST & YOUNG
5 Times Square
New York, NY 10036-6530

**Gregory M. Egleston**
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

**Nadeem Faruqi**
FARUQI & FARUQI, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017

**Mark C. Gardy**
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

**Carol V. Gilden**
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606-1615

**Karen M. Hanson**
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

**Ronald B. Hauben**
ERNST & YOUNG
5 Times Square
New York, NY 10036-6530

**Marc S. Henzel**
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave.
Ste. 202
Bala Cynwyd, PA 19004

**Fred Taylor Isquith**, Esq
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

**Douglas S. Johnston**
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201-1601

**Nancy Kaboolian**
ABBEY GARDY, LLP
212 East 39th St.
New York, NY 10016

**William S. Lerach**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Mel E. Lifshitz**
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

**Richard A. Lockridge**
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

**Douglas M McKeige**
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

**Eitan Misulovin**
BERNSTEIN LITOWITZ BERGER & GROSSMAN
1285 Ave of the Americas
38th Floor
New York, NY 10019

**Michael E. Moskovitz**
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606-1615

**Gregory M. Nespole**                                          , Esq
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

**Darren J Robbins**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway
Ste. 1900
San Diego, CA 92101

**Robert M. Roseman**
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market St.
Ste. 2500
Philadelphia, PA 19103

**David A. Rosenfeld**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

**Samuel H. Rudman**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
200 Broadhollow Rd.
Ste. 406
Melville, NY 11747

**Mark Solomon**
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Marc A. Topaz**
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087