**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TENNESSEE**

**WESTERN DIVISION**

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION ) ) ) | Civil Action No. 03-2216-BBD |
| | CLASS ACTION |
| This Document Relates To: ) ) | **JOINT NOTICE OF SETTLEMENT** |
| ALL ACTIONS. ) ) ) | |

The parties respectfully submit notice to the Court that on September 9, 2008 they reached an agreement to settle this action. Plaintiffs and Defendants intend to file a stipulation of settlement with the Court by September 26, 2008.

DATED: September 10, 2008  **GLASSMAN, EDWARDS, WADE & WYATT, P.C.**

                                s/ B. J. WADE
                                 B. J. WADE

B. J. WADE, #5182
26 N. Second Street Building
Memphis, TN  38103
Telephone:  901/527-4673
901/521-0940 (fax)

*Liaison Counsel for Plaintiffs*

MARK SOLOMON
TOR GRONBORG
JONAH H. GOLDSTEIN
DAVID W. MITCHELL
TRIG R. SMITH
NATHAN W. BEAR
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)


BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
BRETT M. MIDDLETON
MATTHEW P. JUBENVILLE
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

*Co-Lead Counsel for Plaintiffs*

3

DATED:  September 10, 2008　　　　　**BURCH, PORTER & JOHNSON**

　　　　　　　　　　　　　　　　　　　　　　s / DOUGLAS F. HALIJAN
　　　　　　　　　　　　　　　　　　　　DOUGLAS F. HALIJAN

　　　　　　　　　　　　　　　　　　DOUGLAS F. HALIJAN
　　　　　　　　　　　　　　　　　　130 North Court Avenue
　　　　　　　　　　　　　　　　　　Memphis, TN 38103
　　　　　　　　　　　　　　　　　　Telephone:  901/524-5000
　　　　　　　　　　　　　　　　　　901/524-5024 (fax)


　　　　　　　　　　　　　　　　　　SCOTT N. SHERMAN
　　　　　　　　　　　　　　　　　　PETER Q. BASSETT
　　　　　　　　　　　　　　　　　　KELLY C. WILCOVE
　　　　　　　　　　　　　　　　　　JEFFREY KERSHW
　　　　　　　　　　　　　　　　　　MARK D. TRAINER
　　　　　　　　　　　　　　　　　　**ALSTON & BIRD, LLP**
　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　Atlanta, GA  30309-3424
　　　　　　　　　　　　　　　　　　Telephone:  404/881-7000
　　　　　　　　　　　　　　　　　　404/881-7777 (fax)

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing pleading has been properly served by electronic means via the Court's electronic filing system and/or by electronic means via the office of Glassman, Edwards, Wade & Wyatt, P.C., on this the 10th day of September, 2008, upon the following:

>Jef Feibelman, Esq.
>Douglas F. Halijan, Esq.
>**Burch, Porter & Johnson, PLLC**
>130 North Court Avenue
>Memphis, TN  38103
>jfeibelman@bpjlaw.com
>dhalijan@bpjlaw.com
>
>Peter Q. Bassett, Esq.
>Todd R. David, Esq.
>**Alston & Bird, LLP**
>1201 West Peachtree Street
>Atlanta, GA  30309-3424
>peter.bassett@alston.com
>todd.david@alston.com

               s/B. J. Wade
               B. J. WADE