UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION ) ) ) | Civil Action No. 03-2216-BBD |
| | CLASS ACTION |
| This Document Relates To: ) ) | JOINT NOTICE REGARDING SETTLEMENT |
| ALL ACTIONS. ) ) ) | |

On September 10, 2008, the parties jointly notified the Court that they had reached an agreement to settle this action and that the parties intended to file a stipulation of settlement by September 26, 2008. Since September 10, 2008, the parties have been diligently working on the settlement documentation. The parties respectfully submit that despite these diligent efforts, additional time is necessary to finalize the settlement documentation. Plaintiffs and Defendants intend to the file a stipulation of settlement with the Court by October 8, 2008.

Dated: September 26, 2008                    GLASSMAN, EDWARDS, WADE
                                                & WYATT, P.C.


                                                     s/ B. J. WADE
                                                     B. J. WADE

                                             B. J. Wade, #5182
                                             26 N. Second Street Building
                                             Memphis, TN  38103
                                             Tel:    (901) 527-4673
                                             Fax:    (901) 521-0940

                                             *Liaison Counsel for Plaintiffs*

                                             COUGHLIN STOIA GELLAR
                                                RUDMAN & ROBBINS LLP
                                             Mark Solomon
                                             Tor Gronborg
                                             Jonah H. Goldstein
                                             David W. Mitchell
                                             Trig R. Smith
                                             Nathan W. Bear
                                             655 Broadway, Suite 1900
                                             San Diego, CA  92101
                                             Tel:    (619) 231-1058
                                             Fax:    (619) 231-7423

                                          BERNSTEIN LITOWITZ BERGER
                                              &amp; GROSSMANN LLP
Blair A. Nicholas
Timothy A DeLange
Brett M. Middleton
Matthew P. Jubenville
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

*Co-Lead Counsel for Plaintiffs*

Dated: September 26, 2008                    BURCH, PORTER & JOHNSON, PLLC

                                              *s/* DOUGLAS F. HALIJAN
                                                DOUGLAS F. HALIJAN

Douglas F. Halijan, # 16718
130 North Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5000
Fax: (901) 524-5024

ALSTON & BIRD, LLP
Peter Q. Bassett
Kelly C. Wilcove
Scott N. Sherman
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Defendants*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been properly served by electronic means *via* the Court's electronic filing system and/or by electronic means via the office of Glassman, Edwards, Wade & Wyatt, P.C. on this 26th day of September, 2008 upon the following:

>BURCH, PORTER & JOHNSON, PLLC
>Douglas F. Halijan, # 16718
>130 North Court Avenue
>Memphis, TN 38103
>dhalijan@bpjlaw.com
>
>ALSTON & BIRD, LLP
>Peter Q. Bassett
>Kelly C. Wilcove
>Scott N. Sherman
>1201 West Peachtree Street
>Atlanta, GA 30309
>Peter.bassett@alston.com
>Kelly.wilcove@alston.com

>s/ B. J. Wade
>B. J. WADE