UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | ) Civil Action No. 03-2216-BBD <br> ) <br> ) HEARING REQUESTED <br> ) <br> ) CLASS ACTION <br> ) <br> ) NOTICE OF UNOPPOSED MOTION AND <br> ) UNOPPOSED MOTION FOR <br> ) PRELIMINARY APPROVAL OF CLASS <br>   ACTION SETTLEMENT |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior proceedings had herein, Lead Plaintiffs, by and through their attorneys, hereby move the Court, before the Honorable Bernice B. Donald, United States District Judge, Western District of Tennessee, at the Federal Building, 167 North Main Street, Memphis, TN 38103, for an order granting preliminary approval of the proposed settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e).  Lead Plaintiffs respectfully request that the Court hold a hearing as soon as counsel may be heard, to hear this motion.

DATED:  October 8, 2008                Respectfully submitted,

GLASSMAN, EDWARDS, WADE
   & WYATT, P.C.
B.J. WADE, #5182
26 N. Second Street Building
Memphis, TN  38103
Telephone:  901/527-4673
901/521-0940 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON
TOR GRONBORG
JONAH H. GOLDSTEIN
JEFFREY D. LIGHT
DAVID W. MITCHELL
TRIG R. SMITH
NATHAN W. BEAR

                          s/ Tor Gronborg
            _____
                         TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

- 2 -

        BERNSTEIN LITOWITZ BERGER &
          GROSSMANN LLP
        BLAIR A. NICHOLAS
        TIMOTHY A. DELANGE
        BRETT M. MIDDLETON
        MATTHEW P. JUBENVILLE


          s/ Timothy A. DeLange (with permission)
              TIMOTHY A. DELANGE

12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

Co-Lead Counsel for Plaintiffs

S:\Settlement\Accredo.set\MTN PRELIM APPROVAL 00054718.doc