UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION | Civil Action No. 03-CV-2216 - BBD <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | |

ORDER APPROVING PLAN
OF ALLOCATION OF SETTLEMENT PROCEEDS

Lead Plaintiff's Motion for Approval of the Proposed Plan of Allocation (the "Motion") duly came before the Court for hearing on February 19, 2009, at 10:30 a.m., pursuant to the Court's Order Preliminarily Approving Settlement With Accredo Health, Inc., David D. Stevens and Joel R. Kimbrough and Providing for Notice.  The Court has read and considered Lead Plaintiffs' Motion and all supporting and other related materials.  Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED, that:

1. This Court has jurisdiction over the subject matter of the Motion.  Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be heard with respect to the Plan of Allocation.

2. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Proposed Settlement of Class Action with Accredo Health, Inc., David D. Stevens and Joel R. Kimbrough (the "Notice") mailed to Class Members provides a fair and equitable basis upon which to allocate the proceeds of the Settlement Fund among the Class Members, and is further consistent with the opinions and orders previously issued by the Court with respect to the claims asserted in the Litigation.

3.       The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and equitable to the Class.  Accordingly, the Court hereby approves the Plan of Allocation submitted by Lead Plaintiffs.

4.       The finality of the Judgment entered with respect to the Settlement between Plaintiffs and Accredo Health, Inc., David D. Stevens and Joel R. Kimbrough shall not be affected in any manner by this Order, or any appeal from this Order approving the Plan of Allocation.

**IT IS SO ORDERED** this 19th day of February, 2009.

s/Bernice B. Donald
BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT JUDGE

2